EDITH BRINKMANN, ET ALS., PLAINTIFFS-PETITIONERS,
v. URBAN REALTY CO., INC., ET ALS., DEFENDANTS-
RESPONDENTS.

See same case below: 15 *N. J. Super.* 354.

*Mr. Warren Dixon, Jr.,* for the petitioner.

*Mr. Walter D. Van Riper* for the respondent.

February 4, 1952. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ISADORE EISENSTEIN, DEFENDANT-PETITIONER.

See same case below: 16 *N. J. Super.* 8

*Messrs. Toolan, Haney & Romond* for the petitioner.

*Mr. Richard J. Congleton, Mr. Edward Gaulkin* and *Mr.
C. William Caruso* for the respondent.

February 4, 1952. Granted.